ENT NO JS-6

Daniel F. Katz
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, D.C.  20005

Tel. (202) 434-5000
Fax: (202) 434-5029

Joseph Choate, Jr. #39018
Robert P. Lewis, Jr. #57624
CHOATE & CHOATE
523 West Sixth Street
Suite 541
Los Angeles, California  90014

Tel. (213) 623-8136
Fax: (213) 623-6429

Attorneys for Plaintiff Equinox
International Corporation

FILED
CLERK, U.S. DISTRICT COURT

JAN - 6 1999

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

LODGED

SEP 2 1 1998

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

JAN - 7 1999

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EQUINOX INTERNATIONAL CORPORATION, a Nevada corporation, | Case No. CV 96 - 3380 CAS |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER |
| ROBERT HOLLIS, HARRY BURTON, and CHRIS ROWLAND, | |
| Defendant. | |

Having considered plaintiff's Application for Default Judgment Against Defendant Chris Rowland, and all related papers, it is hereby ORDERED that

Plaintiff's Application is GRANTED;

It is further ORDERED that a Default Judgment is hereby ENTERED against defendant Chris Rowland and in favor of plaintiff Equinox International Corporation ("Equinox");

It is further ORDERED that defendant Chris Rowland is permanently enjoined from (a) making false or misleading claims

DOCKETED
MLD
MLD NOTICE
JS-6

JAN 07 1999

JAN 1999
ENTERED ON ICMS

relating to Equinox, its personnel, or its products,

(b) interfering with Equinox's contractual relationships with its marketing representatives and personnel, and (c) soliciting or recruiting Equinox distributors to leave Equinox or to work at, for, or with another company;

It is further ORDERED that defendant Chris Rowland SHALL PAY to Equinox $19,400, plus $50 per day from August 17, 1998 through the date of payment;


_Christina A. Snyde_
Judge, United States District Court

Date: ___Jan. _6_, 1999

Copies to:

Joseph Choate, Jr.
CHOATE & CHOATE
The Pacific Mutual Building
523 West Sixth Street, Suite 541
Los Angeles, California  90014

Daniel F. Katz
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, D.C.  20005

Chris Rowland
781 Via Colinas
Westlake, CA  91362

2