Daniel F. Katz
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, D.C. 20005

Tel. (202) 434-5000
Fax: (202) 434-5029

Joseph Choate, Jr. #39018
Robert P. Lewis, Jr. #57624
CHOATE & CHOATE
523 West Sixth Street
Suite 541
Los Angeles, California 90014

Tel. (213) 623-8136
Fax: (213) 623-6429

Attorneys for Plaintiff Equinox
International Corporation

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINOX INTERNATIONAL CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOLLIS, HARRY BURTON, and CHRIS ROWLAND,<br><br>Defendant. | Case No. CV 96 - 3380 CAS<br><br>[PROPOSED]<br>JUDGMENT |

JUDGMENT is hereby ENTERED against defendant Chris Rowland in the above-captioned case in the amount of $19,400, plus $50 per day from August 17, 1998 through the date of payment.

It is further ORDERED, ADJUDGED, AND DECREED that defendant Chris Rowland IS PERMANENTLY ENJOINED FROM (a) making false or misleading claims relating to Equinox, its personnel, or its products, (b) interfering with Equinox's contractual relationships with its marketing representatives and personnel,

and (c) soliciting or recruiting Equinox distributors to leave Equinox or to work at, for, or with another company.

*Christina A. Snyde*
Judge, United States District Court

Date: Jan. 6, 1999

Copies to:

Joseph Choate, Jr.
CHOATE & CHOATE
The Pacific Mutual Building
523 West Sixth Street, Suite 541
Los Angeles, California  90014

Daniel F. Katz
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, D.C.  20005

Chris Rowland
781 Via Colinas
Westlake, CA  91362

2